**Janice McNEIL, Plaintiff–Appellant,**

v.

**Ignacio PESSOA; Percy White, Probation Officer, Defendants–Appellees.**

**No. 02–1724.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Janice McNeil, Appellant Pro Se. George Arthur McAndrews, Office of the City Attorney, Alexandria, Virginia; William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Janice McNeil appeals the district court's order dismissing her civil suit as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McNeil v. Pessoa*, No. CA–02–291–A (E.D. Va. June 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*